U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 31 2017

CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ARMET WFW LIMITED PARTNERSHIP, §
ET AL., §
 §
          Plaintiffs, §
 §
VS. § NO. 4:17-CV-615-A
 §
LIBERTY MUTUAL FIRE INSURANCE §
COMPANY, §
 §
          Defendant. §

## FINAL JUDGMENT

In accordance with the court's order signed this date,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiffs, Armet WFW Limited Partnership and Havener Rupert, Ltd., against defendant, Liberty Mutual Fire Insurance Company, be, and are hereby, dismissed without prejudice.

SIGNED October 31, 2017.

_____
JOHN McBRYDE
United States District Judge